UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :

         v.                              :     Mag. No. 09-1034 (AMD)

THUAN NGUYEN                      :     UNSEALING ORDER

This matter having come before the Court on the application of the United States of America (Joshua Drew, Assistant U.S. Attorney, appearing) for an order that the complaint filed and all related matters in the above-captioned matter be unsealed; and for good cause shown,

IT IS ON this 30th day of March 2009,

ORDERED that the complaint filed and all related matters in the above-captioned matter are unsealed.

_____
United States Magistrate Judge